CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 30 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY WAYNE BAILEY, | )<br>) |
| Petitioner, | ) Case No. 7:09CV00386<br>) |
| v. | )<br>) **FINAL ORDER**<br>) |
| GENE M. JOHNSON, DIRECTOR, DOC, | ) By: Glen E. Conrad<br>) United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; petitioner's motion for leave to proceed in forma pauperis in filing this action is **DISMISSED** as moot, because he paid the $5.00 filing fee; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 30th day of November, 2009.

_____
United States District Judge